**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES CLOSING

Case No   SACV 21-00844JVS(JDEx)                    Date: July 11, 2022


Title: Gemsa Enterprises, LLC v Pretium Packaging, LLC

Present   JAMES V. SELNA, United States District Court Judge

|  |  |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

--------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------

Attorneys for Plaintiff                         Attorneys for Defendant

Not Present                                     Not Present


----------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐        Case previously closed in error.  Make JS-5.

☐        Case should have been closed on docket entry #55 on 12/17/21.  Make JS-6.

☐        Case settled but may be reopened if settlement is not finalized within     days.  Make
         JS-6.

☐        Other:                          .

☐        Entered                      .



CV-74 (08/97)                              Initials by Deputy Clerk      lmb____